In re: Kwang–Wei HAN, Debtor,

Kwang–Wei Han, Appellant,

v.

James J. Joseph, Chapter 7 Trustee, Appellee.

No. 01–55758.

BAP No. CC–00–01440.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2001.*

Decided Jan. 2, 2002.

Before SCHROEDER, Chief Judge, TROTT, and PAEZ, Circuit Judges.

---

\* This panel unanimously finds this case suitable for decision without oral argument. Accordingly, Han's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM \*\*

Kwang–Wei Han appeals pro se the Bankruptcy Appellate Panel's order affirming the bankruptcy court's order refusing to stay the sale of real property pending appeal of an order granting the chapter 7 trustee control over the estate. We dismiss the appeal as moot.

"[A]n appeal will be dismissed as moot when events occur which prevent the appellate court from granting any effective relief, even if the dispute is decided in favor of the appellant." *In the Matter of Combined Metals Reduction Co.*, 557 F.2d 179, 187 (9th Cir.1977). Here, because the real property has been sold, it would be impossible for this court to fashion effective relief. Accordingly, the appeal is moot.

**DISMISSED AS MOOT.**

---

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

